**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                   Case No. _____

**SANCHEZ MEDINA, JUAN L.** _____ Chapter **13**
                                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☐ AMENDED PLAN DATED: _____
☐ PRE  ☐ POST-CONFIRMATION    Filed by: ☐ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **275.00** x **60** = $ **16,500.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **16,500.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **16,500.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM** Cr. _____ Cr. _____
# **358-022-473-23-000** # _____ # _____
$ **364.22** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**POPULAR MORTGAGE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                    ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,749.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**TRUSTEE WILL PAY VALUE OF 2007 TOYOTA YARIS TO TOYOTA FINANCIAL SERVICES, $9,000 + 5.25% INTEREST AND REMAINING $4,350.21, WHICH IS THE UNSECURED PORTION OF TOYOTA'S CLAIM, WILL BE PAID PRORATA WITH OTHER UNSECURED CREDITORS.**

**ALL FUTURE TAX REFUNDS WILL BE CONTRIBUTED TO FUND THE PLAN, ABSENT THE COURT'S AUTHORIZATION TO USE ANY PORTIONS OF THE SPECIFIC REFUNDS AFTER DUE NOTICE TO CREDITORS AND THE TRUSTEE.**

Signed: **/s/ JUAN L. SANCHEZ MEDINA**
        Debtor

_____
Joint Debtor

Attorney for Debtor **Carlos Alsina Batista Law Offices, P.S.C**      Phone: **(787) 781-1882**

CHAPTER 13 PAYMENT PLAN