IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>Juan L. Sanchez Medina,<br><br>Debtor. | Case No: **10-11268-MCF**<br><br>Chapter 13 |

## MOTION FOR VALUATION OF COLLATERAL OF
## TOYOTA CREDIT SERVICES OF PUERTO RICO

**To the Honorable Court:**

 **COMES NOW** Debtor, by his undersigned attorney, and, pursuant to 11 U.S.C. § 506(a) and FED.R.BANKR.P. RULE 3012, moves to value the collateral herein described, of Toyota Credit Services of Puerto Rico, and very respectfully states and prays as follows:

1. The voluntary petition for the present case was filed on November 30, 2010. See Docket No. 1.

2. The Debtor owns certain personal property more particularly described as a: **2007 Toyota Yaris, VIN # JTDBT923371157117**. The odometer reading on the Vehicle, as of December 24, 2010, read **79,782 miles.** (Hereinafter referred to as the "Collateral").

3. Toyota Credit Services alleges a purchase money security interest ("PMSI") in the Collateral, for the amount of **$16,984.29** See Claims Register, Proof of Claim No. 1.

4. The Loan and Security Agreement was entered on July 9, 2007. See Proof of Claim No. 1.

5. The National Automobile Dealers Association ("NADA")'s value for the vehicle at issue, with the designation of "Excellent" as vehicle's condition, as of the petition's filing date, shows $9,400.00. See Attached Exhibit "A". The

Collateral at issue is not in excellent condition, so as would be necessary for to be valued at the standard dealers' suggested retail value.

6. Notwithstanding that the Collateral is not in excellent condition, to avoid any factual contention concerning the vehicle's actual value, Debtor's November 30, 2010 plan proposes to pay 100% of the Collateral's "Excellent Suggested Retail Value" of $9,400, plus 5.25% interest, for a total amount of **$9,893.50,** as the secured portion of Toyota's claim, and that the amount of **$7,090.79** receive prorated distribution as a general unsecured claim.

7. The Collateral is a motor vehicle which was purchased more than 910 days prior to the petition in the present case. In order to be subject to the so-called "hanging paragraph" which follows 11 U.S.C. 1325(a)(9), the vehicle must have been purchased less than 910 days prior to the filing of the petition. Since the vehicle at issue was purchased more than 910 days before the petition's filing, Toyota's secured claim is subject to bifurcation under § 506(a) and § 1325(a).

**Wherefore** the Debtor respectfully requests this Honorable Court to enter an order finding that the Collateral is subject to valuation under 11 U.S.C. §§ 506(a) and 1325(a)(5); and allowing a partially secured claim in favor of Toyota Credit Services of Puerto Rico, representing the value of the Collateral of **$9,400.00,** plus simple interest of **5.25%,** for a total amount of **$9,893.50,** as the secured portion of Toyota's claim, and that the amount of **$7,090.79** of Toyota's claim

receive prorrata distribution as a general unsecured claim; and granting such other relief as is fair and equitable.

**RESPECTFULLY SUBMITTED.**

**NOTICE**
--------------------------------------------------------------------
--------------------------------------------------------------------
Within **thirty (30) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

A timely objection to this motion for valuation shall be heard at the confirmation hearing scheduled by the Court to be held on **February 24, 2011 at 1:30pm,** pursuant to Local Rule 3015-2(e)(3).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY:** that a copy of this motion has been electronically filed with CM/ECF with the court, which will send notification of such filing to the following: José R. Carrión, Esq., Chapter 13 Trustee, and Toyota Services of Puerto Rico, and that this document was also mailed by certified mail to **Mr. Mario Davila,** General Manager of Toyota Credit Services of Puerto Rico, and **Mr. Willemien Steensma,** President of Toyota Credit Services of Puerto Rico, to **P.O. BOX 366251, San Juan,**

**Puerto Rico 00936** (Mail Certificate #7009 2250 0002 1894 8085), as listed on the attached Master Address List.

In San Juan, Puerto Rico, on January 5, 2011.

**/S/ Carlos C. Alsina Batista**
Carlos C. Alsina Batista
USDC-PR NO. 222801

**CARLOS ALSINA BATISTA LAW OFFICES, PSC**
638 Aldebaran St.
Banco de Desarrollo Económico Bldng.
Second Floor, Suite HQ-9
San Juan, Puerto Rico 00920
Tel. (787)781-1882/Fax. (787)793-6733

EXHIBIT "A"

### 2007 Toyota YARIS-4 Cyl.
Sedan 4D



| Pricing | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $5,750 | $6,700 | $7,475 | $9,825 |
| Mileage: 78,000 | -$725 | -$725 | -$725 | -$725 |
| Power Windows | $125 | $125 | $125 | $150 |
| Power Door Locks | $125 | $125 | $125 | $150 |
| TOTAL PRICE | $5,275 | $6,225 | $7,000 | $9,400* |

* This Retail price is based on a clean vehicle history report. Don't make a $9,400 mistake. Find out why AutoCheck is better than Carfax. Get a Free VIN Check today.

**Vehicle History Report**
Check for Accidents Now
Press GO or Enter VIN
AutoCheck  [GO]

**Find Your Car**
Toyota
ZIP 00918
AutoTrader  [GO]

**Sell Your Car**
Sell it Now
AutoTrader  [GO]

**Free Insurance Quote**
Switch and save $100s with Allstate

**Pricing & Specs**
- Standard Equipment
- Specs & Performance
- Incentives & Rebates

**Pictures & Videos**
- Pictures
- Available Colors
- 360° Views
- Test Drive Videos
- Crash Test Videos

**Reviews & Ratings**
- Expert Reviews
- Consumer Reviews
- Consumer Ratings
- Safety Ratings
- Recall Information
- Standard Warranty

**Similar Vehicles**
- Compare Vehicles
- More Sedans
- Top 10 Sedans
- Model History
- CHECK OUT THE NEW Yaris

### Standard Equipment Details

**Engine Specifications**
Type: Gas I4
Size: 1.5L/91
Horsepower: 106 @ 6000 RPM
Torque: 103 @ 4200 RPM

**Drive Train**
Drive Train: Front wheel drive



We found 0 2007 Toyota listings of this model within 25 miles of your ZIP code
Click to See Them [GO]
Powered by AutoTrader
ADVERTISEMENT

BUICK REGAL
ITS ARRIVAL IS A DEPARTURE.
INTRODUCING THE FIRST SPORT-INJECTED BUICK.
DISCOVER REGAL

guides.com/Cars/2007/Toyota/YARIS-4-Cyl/Sedan-4D/Pictures

SANCHEZ MEDINA JUAN L
CONDOMINIO PARQUE JULIANA EDIF 800
APARTAMENTO 802
CAROLINA PR  00982

SPRINT
PO BOX 219100
KANSAS CITY MO  64121-9100

CARLOS ALSINA BATISTA LAW OFFICES PSC
638 ALDEBARAN ST BDE BLDNG SUITE HQ-9
SAN JUAN PR  00920-0000

TOYOTA CREDIT DE PUERTO RICO
PO BOX 366251
SAN JUAN PR  00936-6251

CITIFINANCIAL
SUCURSAL DE MAYAGUEZ
PO BOX 866
MAYAGUEZ PR  00681

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN PR  00936-8510

CITIFINANCIAL RETAIL SERVICES DE PR
PO BOX 71587
SAN JUAN PR  00936

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR  00902-4140

CLARO
PO BOX 70367
SAN JUAN PR  00936-8367

CRIM
PO BOX 195387
SAN JUAN PR  00918-5387

CRIM
PO BOX 195387
SAN JUAN PR  00918-5387

FIRST PREMIER BANK
PO BOX 5147
SIOUX CITY FALLS SD  57117-5147

POPULAR MORTGAGE INC
1901 AVE JESUS T PINERO SUITE 910
SAN JUAN PR  00920

SEARS
CARD SERVICE CENTER
PO BOX 6283
SIOUX FALLS SD  57117-6283