**UNITED STATES BANKRUPTCY COURT**

IN RE: JUAN L SANCHEZ MEDINA

Bkrtcy. No. 10-11268-MCF
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Nov 30, 2010
Meeting Date: Jan 10, 2011
DC Track No.: 11

Days from petition date: 41
Meeting Time: 11:00 AM

910 Days before Petition: 6/3/2008
☐ Chapter 13 Plan Date: Dec 07, 2010 Dkt.# 2 ☐ Amended.

This is debtor(s) 2nd Bankruptcy petition. (wife's bankruptcy is still in effect) Plan Base: $16,500.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Feb 24, 2011 Time: 1:30 PM

Payment(s) ☐ Received or ☒ Evidence shown at meeting:
Ck/MO No. 14232128880
Date: 12/28/2010
Amount: 275.00
Total Paid In: $0.00

**I. Appearances:** ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.
- ☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: CARLOS C ALSINA BATISTA* ☒
Total Agreed: $3,000.00 Paid Pre-Petition: $251.00 Outstanding: $2,749.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income. Liquidation Value: $456.00
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0

9.8% The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
- ☒ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
1) Debtor will amend Schedule A to state that property has a value of $122,000.00.
2) Debtor has requested cramdown of vehicle paid in full through the plan. The plan cannot be confirmed until such matter is resolved.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1
Date: Jan 10, 2011