IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JUAN L SANCHEZ MEDINA

XXX-XX-2225

Debtor(s)

CASE NO. 10-11268 MCF

Chapter 13

FILED & ENTERED ON 01/12/2011

## ORDER AND NOTICE

A hearing is hereby scheduled for 04/14/2011 at 09:30 A.M. at the U.S. Bankruptcy Court, José V. Toledo Post Office and Courthouse Building, 300 Recinto Sur Street, Fifth Floor, Courtroom 5, Old San Juan, Puerto Rico, to consider the following:

1- Debtor's motion for cram down claim #1 of Toyota Credit Services of PR, Valuation of Collateral and Bifurcation of Claim Pursuant to 11 U.S.C. Sec. 506(a) (docket #10).

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 12th day of January, 2011.

*Mildred Cabán*

Mildred Caban Flores
U. S. Bankruptcy Judge

c: all creditors