IN THE UNITED STATES BANRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. **10-11268(MCF)** |
|---|---|
| **JUAN SANCHEZ MEDINA,** | CHAPTER **13** |
| Debtors. | |

## MOTION SUBMITTING AMENDED SCHEDULES "A" & "C"

**TO THE HONORABLE COURT:**

Come now Debtors, represented by the undersigned attorney, and very respectfully aver and pray as follows:

1. On November 30, 2010, the debtor filed the instant case under the provisions of Chapter 13 of the Bankruptcy Code.

2. During the 341 Creditor meeting held on January 10, 2011, the Trustee required Debtor to amend the real property value at Schedule "A," pursuant to an updated appraisal of the property.

3. Based on the aforementioned, Debtor herein submits amendments to the following Chapter 13 schedules:

**AMENDED SCHEDULE A** – Amended to provide for Debtor's real estate property's latest appraised value.

**AMENDED SCHEDULE C** – Amended to take a new exemption value over Debtor's real estate property.

**WHEREFORE** Debtor very respectfully requests this Honorable Court to take notice of the aforementioned information in the amended Schedules "A" and "C".

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** Debtor hereby certifies that a copy of this motion has been filed through the CM/ECF system, which will notify the United States Trustee and all CM/ECF system's appearing participants, and mailed to any case parties in the attached mailing list, upon knowing that they are non-CM/ECF participants.

In San Juan, Puerto Rico, this 17th day of January, 2011.

**/S/ Carlos C. Alsina Batista**
Carlos C. Alsina Batista
USDC-PR NO. 222801

**CARLOS ALSINA BATISTA LAW OFFICES, PSC**
638 Aldebaran St.
Banco de Desarrollo Económico Bldng.
Second Floor, Suite HQ-9
San Juan, Puerto Rico 00920
Tel. (787)781-1882/Fax. (787)793-6733

B6A (Official Form 6A) (12/07)

IN RE SANCHEZ MEDINA, JUAN L. _____ Case No. **10-11268-13**
                                    Debtor(s)                                                             (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 Bedroom, 1 bathroom concrete property in Urb. Estancias del Parra, C-23, Lajas, Puerto Rico | Fee Simple | | 122,000.00 | 93,664.22 |
| | | **TOTAL** | 122,000.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE SANCHEZ MEDINA, JUAN L.
_____
Debtor(s)

Case No. **10-11268-13**
(If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 3 Bedroom, 1 bathroom concrete property in Urb. Estancias del Parra, C-23, Lajas, Puerto Rico | 11 USC § 522(d)(1) | 21,625.00 | 122,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| BANK ACCOUNT AT BPPR, ACCT. NO. XXXXX1738 | 11 USC § 522(d)(5) | 724.00 | 724.00 |
| FURNITURE AND APPLIANCES AT CURRENT SALE PRICE IN LIQUIDATION SCENARIO. ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(3) | 3,500.00 | 3,500.00 |
| JEWELRY. ESTIMATED AMOUNT, NOT VERIFIED. | 11 USC § 522(d)(4)<br>11 USC § 522(d)(5) | 1,450.00<br>1,550.00 | 3,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **SANCHEZ MEDINA, JUAN L.**                              Case No. **10-11268-13**
                Debtor(s)                                                    (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**17**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 17, 2011**          Signature: **/s/ JUAN L. SANCHEZ MEDINA**
                                              **JUAN L. SANCHEZ MEDINA**                                       Debtor

Date: _____          Signature: _____
                                                                            (Joint Debtor, if any)
                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                            _____
                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SANCHEZ MEDINA JUAN L
CONDOMINIO PARQUE JULIANA EDIF 800
APARTAMENTO 802
CAROLINA PR 00982

SPRINT
PO BOX 219100
KANSAS CITY MO 64121-9100

CARLOS ALSINA BATISTA LAW OFFICES PSC
638 ALDEBARAN ST BDE BLDNG SUITE HQ-9
SAN JUAN PR 00920-0000

TOYOTA CREDIT DE PUERTO RICO
PO BOX 366251
SAN JUAN PR 00936-6251

CITIFINANCIAL
SUCURSAL DE MAYAGUEZ
PO BOX 866
MAYAGUEZ PR 00681

TOYOTA FINANCIAL SERVICES
PO BOX 71410
SAN JUAN PR 00936-8510

CITIFINANCIAL RETAIL SERVICES DE PR
PO BOX 71587
SAN JUAN PR 00936

TREASURY SECRETARY
DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

CLARO
PO BOX 70367
SAN JUAN PR 00936-8367

CRIM
PO BOX 195387
SAN JUAN PR 00918-5387

CRIM
PO BOX 195387
SAN JUAN PR 00918-5387

FIRST PREMIER BANK
PO BOX 5147
SIOUX CITY FALLS SD 57117-5147

POPULAR MORTGAGE INC
1901 AVE JESUS T PINERO SUITE 910
SAN JUAN PR 00920

SEARS
CARD SERVICE CENTER
PO BOX 6283
SIOUX FALLS SD 57117-6283